# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DYLAN KANE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-5285** |
| | : | |
| **WAL-MART STORES EAST, LP,** *et al.* | : | |

# ORDER

**AND NOW**, this 31st day of December 2018, upon considering the Defendants' partial motion to dismiss (ECF Doc. No. 5), no timely opposition from the Plaintiff, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' partial motion to dismiss (ECF Doc. No. 5) is **GRANTED** and we **dismiss** Greg Pulley as a defendant.

_____
**KEARNEY, J.**